Name and address:

Nicholas M. Wajda
6167 Bristol Parkway, Suite 200
Culver City, CA 90230

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. LEON,<br><br>Plaintiff(s)<br>v.<br>FLAGSHIP CREDIT ACCEPTANCE, LLC D/B/A CARFINANCE CAPITAL, LLC d/b/a CARFINANCE.COM, et. al.,<br><br>Defendant(s). | CASE NUMBER<br><br>5:19-cv-01624<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Daher, Marwan R.    of    Sulaiman Law Group, Ltd.
*Applicant's Name (Last Name, First Name & Middle Initial)*    2500 South Highland Avenue, Suite 200
(630) 575-8181    (630) 575-8188    Lombard, IL 60148
*Telephone Number*    *Fax Number*
mdaher@sulaimanlaw.com
*E-Mail Address*    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Christopher J. Leon

*Name(s) of Party(ies) Represented*    [X] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] *Other:*

**and designating as Local Counsel**

Wajda, Nicholas M.    of    Wajda Law Group, APC
*Designee's Name (Last Name, First Name & Middle Initial)*    6167 Bristol Parkway, Suite 200
259178    (310) 997-0471    (866) 286-8433    Culver City, CA 90230
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
nick@wajdalawgroup.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[ ] GRANTED.
[X] DENIED:  [ ] for failure to pay the required fee.
            [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            [ ] for failure to complete Application: _____
            [X] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
            [ ] because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: [ ] be refunded [X] not be refunded

Dated   August 30, 2019

_____
U.S. District Judge/U.S. Magistrate Judge