# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. LEON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FLAGSHIP CREDIT ACCEPTANCE, LLC d/b/a CARFINANCE CAPITAL, LLC d/b/a CARFINANCE.COM, FORD MOTOR CREDIT COMPANY, LLC and EQUIFAX INFORMATION SERVICES, LLC,<br><br>　　　　　Defendant. | Case No. 5:19-cv-01624-PA-KK<br><br>**ORDER ON STIPULATION OF DISMISSAL WITH PREDUDICE AS TO DEFENDANT FORD MOTOR CREDIT COMPANY, LLC** |

　　Plaintiff, Christopher J. Leon, and Defendant, Ford Motor Credit Company, LLC having filed with this Court their Joint Stipulation for Dismissal with Prejudice and the Court having reviewed the same, IT IS HEREBY ORDERED:

　　1. The stipulation is approved. The action against Ford Motor Credit Company, LLC is hereby dismissed with prejudice.

DATED: December 03, 2019

_____
UNITED STATES DISTRICT JUDGE

1